IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:14-cv-19054

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Vera Cooper

2. Plaintiff's Spouse (if applicable)

   Brett Cooper

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   FL

5. District Court and Division in which venue would be proper absent direct filing.

   Florida Middle District Court

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Ethicon, Inc.

   ☑   B. Johnson & Johnson

Revised: 1/4/13

- ☐   C.  American Medical Systems, Inc. ("AMS")
- ☐   D.  Boston Scientific Corporation
- ☐   E.  C. R. Bard, Inc. ("Bard")
- ☐   F.  Sofradim Production SAS ("Sofradim")
- ☐   G.  Tissue Science Laboratories Limited ("TSL")
- ☐   H.  Mentor Worldwide LLC
- ☐   I.  Coloplast Corp.
- ☐   J.  Cook Incorporated
- ☐   K.  Cook Biotech, Inc.
- ☐   L.  Cook Medical, Inc.
- ☐   M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")
- ☐   N.  Neomedic International, S.L.
- ☐   O.  Neomedic Inc.
- ☐   P.  Specialties Remeex International, S.L.

Basis of Jurisdiction

- ☑   Diversity of Citizenship
- ☐   Other: _____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

  <u>9, 10, and 11</u>

  _____

  _____

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

7. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT
- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☑ Other

    Gynecare TVT R System_____

    _____

8. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT

3

☐     TVT-Obturator (TVT-O)

☐     TVT-SECUR (TVT-S)

☐     TVT-Exact

☐     TVT-Abbrevo

☑     Other

        Gynecare TVT R System

9. Date of Implantation as to Each Product:

    Gynecare TVT R System - 10/20/2009

10. Hospital(s) where Plaintiff was implanted (including City and State):

    Gynecare TVT R System - St. Joseph's Women's Hospital, located in Tampa, FL

11. Implanting Surgeon(s):

    Gynecare TVT R System - Dr. Sohrab Shafii

12. Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I – Negligence

☑     Count II – Strict Liability – Manufacturing Defect

☑     Count III – Strict Liability – Failure to Warn

☑     Count IV – Strict Liability – Defective Product

- ☑ Count V – Strict Liability – Design Defect
- ☑ Count VI – Common Law Fraud
- ☑ Count VII – Fraudulent Concealment
- ☑ Count VIII – Constructive Fraud
- ☑ Count IX – Negligent Misrepresentation
- ☑ Count X – Negligent Infliction of Emotional Distress
- ☑ Count XI – Breach of Express Warranty
- ☑ Count XII – Breach of Implied Warranty
- ☑ Count XIII – Violation of Consumer Protection Laws
- ☑ Count XIV – Gross Negligence
- ☑ Count XV – Unjust Enrichment
- ☑ Count XVI – Loss of Consortium
- ☑ Count XVII – Punitive Damages
- ☑ Count XVIII – Discovery Rule and Tolling
- ☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

_____

Respectfully submitted,

/s/ Derek H. Potts

Derek H. Potts      MO #44882
Timothy L. Sifers    MO #49386
Patricia L. Campbell MO #60917
The Potts Law Firm, LLP
908 Broadway, 3rd Floor
Kansas City, MO 64105
Email: dpotts@potts-law.com
Email: tsifers@potts-law.com
Email: pcampbell@potts-law.com
 (816) 931-2230 Telephone
(816) 931-7030 Facsimile
**Attorneys for Plaintiffs**